Harry E. SPROGELL, Trustee of the Estate of Philadelphia Consistory Sublime Princes Royal Secret 32 Degree Ancient Accepted Scottish Rite, Bankrupt (Substituted for Frederick A. Vandenbergh, Jr., Trustee as Aforesaid), v. PHILADELPHIA LODGE OF PERFECTION 14°, Appellant.

No. 8592.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 6, 1944.

Decided Oct. 23, 1944.

James A. Walker, of Philadelphia, Pa. (Albert T. Hanby, of Philadelphia, Pa., on the brief), for appellant.

Thomas P. Mikell, of Philadelphia, Pa. (Saul, Ewing, Remick & Harrison, of Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH and McLAUGHLIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

The judgment of the District Court, 57 F.Supp. 592, is affirmed.

ALUMINUM, Inc., v. Honorable Tillman D. JOHNSON, Judge of the District Court of the United States for the District of Utah.

No. 3071.

Circuit Court of Appeals, Tenth Circuit.

Oct. 28, 1944.

Harry S. Silverstein, of Denver, Colo., Payer, Bleiweiss & Mollison and David Perris, all of Cleveland, Ohio, and Irvine, Skeen & Thurman, of Salt Lake City, Utah, for petitioner.

Parnell Black, Calvin W. Rawlings, and B. E. Roberts, all of Salt Lake City, Utah, for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Application for writ of prohibition denied.

BLACK & AGARD, Appellants, v. Frank J. SINZINGER, Appellee.

No. 9774.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1944.

Burgess, Fulton & Fullmer, Parker Fulton, and Neil W. McGill, all of Cleveland, Ohio, for appellants.

M. C. Harrison and Harrison & Marshman, all of Cleveland, Ohio, for appellees.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel. And it appearing that appellants' principal contention is that the District Court erred in submitting to the jury the evidence as to injuries sustained by the appellee five days subsequent to the automobile accident out of which the action arose; and it appearing that the trial court correctly charged the jury upon the law applicable to the case; and it appearing that no interrogatories were presented to the jury upon the issue whether the injuries suffered by the appellee in falling down stairs were the direct and proximate result of the automobile collision, so that this court is unable to determine whether or not the jury, in its award of damages, took into consideration the subsequent injuries; and it appearing that the verdict is supported by substantial evidence: It is ordered that the judgment be, and it hereby is, affirmed.